UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

HERMAN GOODMAN, individually and as )
Personal Representative of the Estate of )
MARCUS GOODMAN, deceased, )
                                        )
      Plaintiff, ) CASE NO.: **1:25-cv-00030-MW-MAF**
                                          )
      v. )
                                          )
CHAD SCOTT, Sheriff of Alachua County, )
Florida, individually and in his official capacity; )
MAJOR DORIAN KEITH, individually and in )
her official capacity; DEP. JASON CRUSE, )
individually and in his official capacity; )
SGT. D. CARROLL, individually and in his )
official capacity; D/O HEENSEN, individually )
and in his official capacity; DEP. CONNOR, )
individually and in his official capacity; )
DEP. TIMOTHY LOGAN, individually and in his )
official capacity; and JAIL EMPLOYEES )
JOHN AND JANE DOES 1-10 in their official )
and individual capacities representing jail guards )
of the Alachua County Sheriff's Office )
Department of Jail and/or other employees, )
including supervisory officials whose identities )
are currently unknown, )
                                          )
         Defendants. )
                                          )

                                                  )

## PLAINTIFF'S EXPEDITED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT, CHAD SCOTT,  MOTION TO DISMISS

     **COME NOW** Plaintiff, MARCUS GOODMAN, by and through undersigned counsel, and

by way of this Motion, respectfully request a fourteen (14) day extension of time to Defendant,

Chad Scott Motion to Dismiss, stating as follows:

1

1.      Plaintiffs filed their complaint on January 27, 2025 [Docket #1].

2.      On May 14, 2025, Defendant, St. Lucie's County filed its Motion to Dismiss [Docket #14].

3.      Plaintiff's response to the Motion to Dismiss was due on May 28, 2024.

4.      Plaintiff inadvertently calendared the response due date as June 3, 2025.

5.      Plaintiff counsel just became aware of the inadvertent error and has filed this as an expediated motion to ensure that it is addressed as soon as possible.

6.      Plaintiff counsel is requesting a 14-day extension from the original due date to ensure that Plaintiff can adequately respond. Counsel also requests this extension due to the calendaring error has now created a conflict with undersigned's case load, which includes matters pending in both federal and state court.

7.      Enlargements of time are permitted with good cause by Fla. R. Civ. P. 1.090. Such enlargements of time should be liberally granted absent a showing of bad faith or undue prejudice.

8.      Based on the foregoing, pursuant to Fla. R. Civ. P. 1.090, Plaintiffs have demonstrated good cause to extend the time to respond to Defendant's Motion to Dismiss. Moreover, no party will be prejudiced by the relief requested in this Motion, and the Motion is not filed for the purposes of delay.

9.      A proposed Order granting the instant Motion is attached hereto.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter an Order granting the extension of time for Plaintiffs to respond to Defendant, Chad Scott Motion to Dismiss, up to and including June 11, 2025.

DATED: 5/30/2025                                Respectfully submitted,

                                               _/s/ *Channa Lloyd, Esq.*_____
                                               CHANNA LLOYD, ESQUIRE

2

FL Bar No. 1002007
**The Cochran Firm**
605 E. Robinson Street, Suite 330
Orlando, FL 32801
P: 407-271-8590
F: 407-271-8059
clloyd@cochranfirmorlando.com
*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed with the Clerk of Court and furnished to the following via electronic mail on May 30, 2025:


 /s/ Channa Lloyd, Esq.
CHANNA LLOYD, ESQUIRE
FL Bar No. 1002007
The Cochran Firm
605 E. Robinson Street, Suite 330
Orlando, FL 32801
P: 407-271-8590
F: 407-271-8059
clloyd@cochranfirmorlando.com
*Attorneys for Plaintiffs.*

3