**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**HERMAN GOODMAN, individually and as**
**personal representative of the Estate of**
**Marcus Goodman,**

       *Plaintiff*,

**v.**                                      **Case No.: 1:25cv30-MW/MAF**

**CHAD SCOTT, et al.,**

       *Defendants*.

_____/

**<u>ORDER GRANTING EXTENSION OF TIME</u>**

This Court has considered, without hearing, Plaintiff's expedited motion for extension of time to respond to Defendant Scott's motion to dismiss, ECF No. 17. The motion is **GRANTED**. Plaintiff shall respond to Defendant Scott's motion to dismiss **on or before June 11, 2025.**

      **SO ORDERED on May 30, 2025.**

                            **<u>s/Mark E. Walker</u>**
                            **Chief United States District Judge**