**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**HERMAN GOODMAN, individually and as**
**personal representative of the Estate of**
**Marcus Goodman,**

        *Plaintiff,*

**v.**                          **Case No.: 1:25cv30-MW/MAF**

**CHAD SCOTT, et al.,**

        *Defendants.*

_____/

## <u>ORDER GRANTING MOTION FOR EXTENSION</u>

This Court has considered, without hearing, Plaintiff's motion for extension of time to respond to Defendant's motion to dismiss. ECF No. 27. The motion, ECF No. 27, is **GRANTED**. Plaintiff's deadline to respond to the motion is extended to **on or before September 30, 2025**. This Court notes that Plaintiff's motion fails to comply with the conferral and certification requirement for motions under the Local Rules, *see* N.D. Fla. Loc. R. 7.1(B)–(C), which is grounds for denial of the motion. This Court cautions Plaintiff that failure to abide by the Local Rules going forward will result in summary denial of noncompliant motions.

        **SO ORDERED on September 9, 2025.**

                    **s/Mark E. Walker**
                    **United States District Judge**