UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

RUTH GOODMAN, individually and as )
Personal Representative of the Estate of )
MARCUS GOODMAN, deceased, )
)
    Plaintiff, ) CASE NO.: **1:25-cv-00030-MW-MAF**
)
    v. )
)
CHAD SCOTT, Sheriff of Alachua County, )
Florida, individually and in his official capacity; )
MAJOR DORIAN KEITH, individually and in )
her official capacity; DEP. JASON CRUSE, )
individually and in his official capacity; )
SGT. D. CARROLL, individually and in his )
official capacity; D/O HEENSEN, individually )
and in his official capacity; DEP. CONNOR, )
individually and in his official capacity; )
DEP. TIMOTHY LOGAN, individually and in his )
official capacity; and JAIL EMPLOYEES )
JOHN AND JANE DOES 1-10 in their official )
and individual capacities representing jail guards )
of the Alachua County Sheriff's Office )
Department of Jail and/or other employees, )
including supervisory officials whose identities )
are currently unknown, )
)
    Defendants. )
)

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

**COME NOW** Plaintiff, RUTH GOODMAN, by and through undersigned counsel, and by

way of this Motion, respectfully request a fourteen (14) day extension of time to *Defendants*

*Motion to Dismiss Third Amended Complaint*, stating as follows:

1

1. Plaintiffs filed their amended complaint on October 15, 2025 [Docket #32].

2. On October 29, 2025, Defendant, St. Lucie's County filed its *Motion to Dismiss Third Amended Complaint* [Docket #33].

3. Plaintiff's response to the *Motion to Dismiss Third Amended Complaint* is due on October 12, 2025.

4. Plaintiff counsel has filed this as an expediated motion to ensure that it is addressed as soon as possible.

5. Plaintiff counsel is requesting a 14-day extension from the original due date to ensure that Plaintiff can adequately respond. Counsel also requests this extension due to undersigned's case load, which includes matters pending in both federal and state court.

6. Enlargements of time are permitted with good cause by Fla. R. Civ. P. 1.090. Such enlargements of time should be liberally granted absent a showing of bad faith or undue prejudice.

7. Based on the foregoing, pursuant to Fla. R. Civ. P. 1.090, Plaintiffs have demonstrated good cause to extend the time to respond to Defendant's Motion to Dismiss. Moreover, no party will be prejudiced by the relief requested in this Motion, and the Motion is not filed for the purposes of delay.

8. A proposed Order granting the instant Motion is attached hereto.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter an Order granting the extension of time for Plaintiffs to respond to Defendants, *Motion to Dismiss Third Amended Complaint*, up to and including September 26, 2025.

DATED: 11/12/2025                                      Respectfully submitted,

                                                       _/s/ *Channa Lloyd, Esq.* _____
                                                       CHANNA LLOYD, ESQUIRE
                                                       FL Bar No. 1002007
                                                       **The Cochran Firm**

605 E. Robinson Street, Suite 330
Orlando, FL 32801
P: 407-271-8590
F: 407-271-8059
clloyd@cochranfirmorlando.com
*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed with the Clerk of Court and furnished to the following via electronic mail on November 12, 2025:

   /s/ Channa Lloyd, Esq.     
CHANNA LLOYD, ESQUIRE
FL Bar No. 1002007
The Cochran Firm
605 E. Robinson Street, Suite 330
Orlando, FL 32801
P: 407-271-8590
F: 407-271-8059
clloyd@cochranfirmorlando.com
*Attorneys for Plaintiffs.*