# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**HERMAN GOODMAN, individually and as
personal representative of the Estate of
Marcus Goodman,**

      *Plaintiff,*

v.                                **Case No.: 1:25cv30-MW/MAF**

**CHAD SCOTT, et al.,**

      *Defendants.*

_____/

## ORDER DENYING MOTION FOR EXTENSION WITHOUT PREJUDICE

This Court has considered, without hearing, Plaintiff's motion for extension of time to respond to Defendant's motion to dismiss Plaintiff's third amended complaint. ECF No. 35. Plaintiff's motion again fails to comply with the conferral and certification requirement for motions under the Local Rules, *see* N.D. Fla. Loc. R. 7.1(B)–(C).[1] This Court previously warned Plaintiff that failure to abide by the Local Rules going forward will result in summary denial of noncompliant motions. *See* ECF No. 28. Accordingly, Plaintiff's second noncompliant motion for extension, ECF No. 35, is **DENIED without prejudice to renew** once Plaintiff complies with

---

[1] Plaintiff's motion also contains other oddities, like citations to the Florida Rules of Civil Procedure and a request for a response deadline in September 2025. This Court expects better from Plaintiff's counsel.

the Local Rules conferral and certification requirement.

**SO ORDERED on November 13, 2025.**

        **s/Mark E. Walker**
        **United States District Judge**