RUTH GOODMAN, individually and as
Personal Representative of the Estate of
MARCUS GOODMAN, deceased,

     Plaintiff,

v.                              CASE NO.: 1:25-cv-0030-MW-MAF

CHAD SCOTT, Sheriff of Alachua
County, Florida, individually and in his
official capacity; *et al*.,

     Defendants.

_____/

## PLAINTIFF'S RENEWED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

**COMES NOW** Plaintiff, RUTH GOODMAN, by and through undersigned counsel, and by way of this Motion, respectfully requests a fourteen (14) day extension of time to respond to *Defendants Motion to Dismiss Third Amended Complaint*, stating as follows:

1. Plaintiff filed her *Third Amended Complaint* on October 15, 2025 [Docket #32].

2. On October 29, 2025, Defendant St. Lucie's County filed its *Motion to Dismiss Third Amended Complaint* [Docket #33].

3. Plaintiff's response to the *Motion to Dismiss Third Amended*

*Complaint* was due on November 13, 2025.

4.      On November 12, 2025, Plaintiff filed a *Motion for Extension* [Docket #35] requesting a 14-day extension of time to respond to Defendant's *Motion to Dismiss Third Amended Complaint*.

5.      On November 13, 2025, Plaintiff's *Motion for Extension* was denied by the Court, <u>without prejudice</u>, due to nonconformance with N.D. Fla. Lo. R. 7.1(B)(C) [Docket #36].  This Motion is being renewed pursuant to the Court's Order denying Plaintiff's *Motion for Extension*.

6.      Plaintiff s counsel conferred with counsel for the Defendant; however, defense counsel will only agree to a 7-day extension if Plaintiff counsel waives the right an amended complaint.

7.      Enlargements of time are permitted for good cause under Federal Rule of Civil Procedure 6(b)(1)(A)(B).  Such enlargements of time should be liberally granted absent a showing of bad faith or undue prejudice. *See, e.g., Lizarazo v. Miami-Dade Corrections & Rehab. Dept.*, 878 F.3d 1008, 1012 (11th Cir. 2017) (citing *U.S. v. Miller Bros. Constr. Co.*, 505 F.2d 1031, 1035 (10th Cir. 1974)).

8.      Based on the foregoing, and pursuant to Fed. R. Civ. P. 6(b)(1)(A)(B), Plaintiff has demonstrated good cause to extend the time for Plaintiff to respond to Defendant's *Motion to Dismiss Third Amended Complaint*.

Moreover, Defendant will not be prejudiced by the relief requested in this Motion, and the Motion is not filed for the purposes of delay.

9. A proposed Order granting the instant Motion is attached hereto.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an Order granting the requested 14-day extension of time for Plaintiff to respond to Defendant's *Motion to Dismiss Third Amended Complaint*.

### CERTIFICATE UNDER LOCAL RULE 7.1(B)-(C)

Pursuant to N.D. Fla. Lo. R. 7.1(B)(C), I hereby certify that counsel for Plaintiff conferred with counsel for Defendant regarding the relief requested herein. Counsel for Defendant opposes the requested extension of time unless Plaintiff counsel waives a right any right to an amended complaint. Despite both counsel's good faith efforts to resolve the issues herein, they remain unresolved.

DATED: 11/17/2025

Respectfully submitted,

  /s/ *Channa Lloyd, Esq.*
CHANNA LLOYD FL
Bar No. 1002007
**The Cochran Firm**
605 E. Robinson Street, Suite 330
Orlando, FL 32801
P: 407-271-8590
F: 407-271-8059
clloyd@cochranfirmorlando.com
***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed with the Clerk of Court and furnished to the following via electronic mail on November 17, 2025:

  /s/ *Channa Lloyd, Esq.*
CHANNA LLOYD FL
Bar No. 1002007
**The Cochran Firm**
605 E. Robinson Street, Suite 330
Orlando, FL 32801
P: 407-271-8590
F: 407-271-8059
clloyd@cochranfirmorlando.com
*Attorneys for Plaintiffs*