**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**HERMAN GOODMAN, individually and as**
**personal representative of the Estate of**
**Marcus Goodman,**

       *Plaintiff,*

v.                                  **Case No.: 1:25cv30-MW/MAF**

**CHAD SCOTT, et al.,**

       *Defendants.*

_____/

**<u>ORDER GRANTING RENEWED MOTION FOR EXTENSION</u>**

This Court has considered, without hearing, Plaintiff's renewed motion for extension of time to respond to Defendant's motion to dismiss Plaintiff's third amended complaint. ECF No. 37. Plaintiff has now complied with the Local Rules in conferring with opposing counsel regarding their position on the requested relief. Defendants oppose the requested extension and agree to a shorter extension if Plaintiff waives the right to amend further.

Although this Court agrees that the requested 2-week extension is quite lengthy, given the busy season we now find ourselves in, this Court will permit Plaintiff an addition fourteen days beyond the November 12th deadline that has now passed. As to any further amendment, Plaintiff has no further right of amendment. Inasmuch as Plaintiff is now proceeding on a third amended complaint, any further

amendment is by leave of court only. *See* ECF No. 21 at 2 ("The parties may amend the pleadings on or before July 15, 2025, or on a motion showing good cause for not amending by that date. When the Federal Rules of Civil Procedure allow an amendment only with leave of court, a pleading may be amended only with leave of court.").

Accordingly, Plaintiff's renewed motion for extension, ECF No. 37, is **GRANTED**. Plaintiff's response to the motion to dismiss Plaintiff's third amended complaint is extended to **on or before November 26, 2025.**

**SO ORDERED on November 17, 2025.**

**s/Mark E. Walker**
**United States District Judge**